# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2005

128348

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHERJUAN ERWIN HAMILTON,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128348
COA: 250297
Kalamazoo CC: 01-000926-FH

_____/

      On order of the Court, the application for leave to appeal the February 8, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because the issues raised in the application are now moot.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2005

p1128

Clerk